# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

————————

No. 96-3379

————————

John Fiola,                          *
                                     *
        Appellant,                   *
                                     * Appeal   from   the   United
States
    v.                               * District Court for the
                                     * District of Minnesota.
Social Security Commissioner,        *
                                     *        [UNPUBLISHED]
        Appellee.                    *

————————

                        Submitted:  August 22, 1997
                           Filed:  September 9, 1997

————————

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.

————————

PER CURIAM.

    John Fiola appeals the district court's[1] order
granting summary judgment affirming the Commissioner's
decision to deny Fiola disability insurance benefits and
supplemental security income.  Having carefully reviewed
the record and the parties' submissions, we affirm the
judgment of the district court on the basis of the
reasons set forth in the magistrate judge's report.  See
8th Cir. R. 47B.

———————————

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court
for the District of Minnesota, adopting the report and recommendation of the Honorable
Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.